# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA v. WILLIAM MICHAEL ROSARIO,*
*a.k.a. William Rosario, Jr.*

Case No. 3:16-cr-00047-TMB-DMS-1

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:** **ORDER FROM CHAMBERS**

  Having reviewed *de novo* Magistrate Judge Smith's Initial Report and Recommendation on Defendant's Motions to Suppress (Docket 292), in conjunction with the Defendant's Objections (Docket 296), and the Magistrate's Final Report and Recommendation (Docket 298), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Defendant's Motion to Suppress (Docket 264) is GRANTED IN PART and DENIED IN PART. Specifically, all evidence of the unlawful electronic monitoring of the parcel inside 1911 Parkside Drive is suppressed. The motion is denied in all other respects.

  **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: May 29, 2018